**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CARLA HUYLER,

       Plaintiff,

v.

                                 Case No.

WELLS FARGO BANK, N.A.,

       Defendant.

_____/

## DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF REMOVAL

Defendant WELLS FARGO BANK, N.A., by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes the above-titled action, which is pending as Case No. 19-CA-2496 in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, to the United States District Court for the Middle District of Florida, Fort Myers Division.  In support of its Notice of Removal, Wells Fargo states as follows:

### Nature of the Action

1.      On April 30, 2019, Plaintiff Carla Huyler filed an action in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida titled *Carla Huyler v. Wells Fargo Bank, N.A.*, Case No. 19-CA-2496.  Plaintiff's Complaint contains claims for race discrimination and retaliation in violation of 42 U.S.C. § 1981 ("Section 1981") and 42 U.S.C. § 2000e *et seq*. ("Title VII").

2.      Wells Fargo was served with the Summons and Complaint on May 2, 2019. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, and all

other process, pleadings, and orders served on Wells Fargo are attached as **Exhibit A** to this Notice of Removal.

### Basis for Removal

3.     Pursuant to 28 U.S.C. §§ 1331 and 1441(a), this Court has original jurisdiction over this action because Plaintiff's Section 1981 and Title VII claims against Wells Fargo arise under the Constitution, laws, or treaties of the United States.  Any civil case filed in a state court may be removed by a defendant to federal court if the case could have been brought originally in federal court.  *See Ayers v. Gen. Motors Corp.*, 234 F.3d 514, 517 (11th Cir. 2000).

4.     Because this action is pending in the Twentieth Judicial Circuit in and for Lee County, Florida, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

### Timeliness of Removal

5.     This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed and served within thirty (30) days after Wells Fargo's receipt of a copy of the initial pleading setting forth the claims for relief upon which this action is based.

### Notice of Removal Provided To State Court

6.     Prompt written notice of this Notice of Removal is being served upon Plaintiff and a copy is being filed with the Clerk of the Court of the Twentieth Judicial Circuit in and for Lee County, Florida, as required by 28 U.S.C. § 1446(d).  A copy of the Notice of Filing Notice of Removal is attached as **Exhibit B** to this Notice of Removal.

## **Conclusion**

7. Removal is proper because this matter falls within this Court's original federal question jurisdiction and timely removal is being made to the Middle District of Florida, the district within which this action is pending. Wells Fargo, having met all procedural requisites for removal and having paid the appropriate filing fee, respectfully requests that the Court take jurisdiction over this matter and conduct all further proceedings.

Respectfully submitted,

WELLS FARGO BANK, N.A.

By */s/ Alex S. Drummond*
Alex S. Drummond
Florida Bar No. 0038307
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
E-mail: adrummond@seyfarth.com

Date: May 22, 2019

Counsel for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CARLA HUYLER,

      Plaintiff,

v.

                            Case No.

WELLS FARGO BANK, N.A.,

      Defendant.
_____/

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2019, I filed a true and correct copy of DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system, and I served a copy of the same by first class mail and electronic means address to the following attorney of record:

      Dennis L. Webb
      Law Offices of Dennis L. Webb, P.A.
      2080 McGregor Blvd., Ste. 200
      Fort Myers, Florida 33901
      dennis@swflalawyers.com

          */s/ Alex S. Drummond*
          Alex S. Drummond
          Counsel for Defendant
          WELLS FARGO BANK, N.A.